```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF KENTUCKY
                      CENTRAL DIVISION at LEXINGTON
```

B.M., by her Next Friend            )
Her Mother S.M.,                    )
                                    )
    Plaintiff,                     )   Civil Action No. 5:07-153-JMH
                                    )
v.                                  )
                                    )
BOARD OF EDUCATION OF               )   **JUDGMENT**
SCOTT COUNTY, KENTUCKY;             )
and DALLAS BLANKENSHIP,             )
Superintendent, Officially,         )
                                    )
    Defendants.                    )
                                    )

                **\*\*   \*\*   \*\*   \*\*   \*\***

In accordance with the Order of even date and entered contemporaneously herewith, **IT IS HEREBY ORDERED**:

(1) That this action be, and the same hereby is, **DISMISSED WITH PREJUDICE AND STRICKEN FROM THE ACTIVE DOCKET.**

(2) That all pending motions be, and the same hereby are, **DENIED AS MOOT.**

(3) That all scheduled proceedings be, and the same hereby are, **CONTINUED GENERALLY.**

(4) That this Order is **FINAL AND APPEALABLE** and **THERE IS NO JUST CAUSE FOR DELAY.**

This the 29th day of August, 2008.



Signed By:
*Joseph M. Hood*
Senior U.S. District Judge